The People of the State of New York ex rel. Jacob W. Falk, Respondent, v. Norman S. Dike, Appellant.— Same order as that in Matter of Guden (ante, p. 620).

The People of the State of New York ex rel. David E. Goldfarb, Respondent, v. Norman S. Dike, Appellant.—Same order as that in Matter of Guden (ante, p. 620).

In the Matter of the Application of Edward F. Brush, etc.— Motion to resettle order denied.

The People of the State of New York ex rel. Edward F. Linton, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to resettle order granted.

The People of the State of New York v. Granite State Provident Association.— Motion to modify supplemental judgment granted upon reargument and order signed.

In the Matter of the Application of Francis E. Eyanson for Admission to the Bar.—Application granted.

In the Matter of the Application of Albert H. Balliet for Admission to the Bar.—Application granted.

Joseph Vuolo, Appellant, v. The City of Middletown, Respondent.— Judgment affirmed by default, with costs.

Hayward Cleveland, as Executor, etc., of Charlotte Hayward, Deceased, Appellant, v. Mary E. Pomeroy and Ralph H. Pomeroy, as Executor, etc., of Charlotte Hayward, Deceased, Respondents.— Judgment affirmed upon the law and facts, with costs, No opinion. All concurred, except Jenks, J., not sitting.

Frances G. Sweet, Appellant, v. Katharine M. Corbit, Caroline O. Fuller, Individually and as Executrix, and Almena Fuller, Respondents.—Judgment modified by striking out the extra allowance and as thus modified affirmed, without costs. No opinion. All concurred. (See Donovan v. Wheeler, 67 Hun, 70.)

Hyman Baron, Respondent, v. Thorwald Arup Sued as Theodore Aarup, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Carlton T. Burritt, Respondent, v. James Talcott, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion.

---

* Decided March 19, 1902.